# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

HEIDI DAVONNE BROWN

        Plaintiff

  v.

                                                Civil Action No.  3:25-cv-105

INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION, TERMED: 03/12/2025
MORNINGVIEW ASSISTED LIVING LLC, TERMED: 02/28/2025
ST JOSEPH COUNTY DIVISION OF FAMILY RESOURCES, South Bend Office (SB)

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

__X__ Other:  This case is DISMISSED for lack of jurisdiction.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

__X__ decided by Judge Damon R Leichty.

DATE: 6/4/2025                            CHANDA J. BERTA, CLERK OF COURT

                                                by   s/M. Murray_____
                                                *Signature of Clerk or Deputy Clerk*